JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANNA RUTH HERNANDEZ, | ) | Case No. CV 11-01062-RGK (CWx) |
| Plaintiff(s), | ) | |
| | ) | ORDER DISMISSING ACTION FOR |
| VS. | ) | LACK OF PROSECUTION |
| WELLS FARGO BANK, NA, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

On April 6, 2011, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution.   Plaintiff was ordered to respond not later than April 18, 2011.  As of this date, no response has been filed, therefore, the matter is ordered dismissed.

**IT IS SO ORDERED.**

Dated: June 23, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE